**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1204

BRENT CREEKMORE,

Petitioner,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

Respondent.

Petition for Review of an Order of the Federal Motor Carrier Safety Administration.  (10-2024-63)

Submitted:  July 29, 2025                                    Decided:  July 31, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Brent Creekmore, Petitioner Pro Se.  Courtney Lynn Dixon, Jaynie Lilley, UNITED STATES DEPARTMENT OF JUSTICE, Civil Rights Division, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Creekmore petitions for review of a decision of the Federal Motor Carrier Safety Administration ("FMCSA") denying his request for correction pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a, and 49 C.F.R. § 10.41 (2024). The Privacy Act provides that Creekmore must challenge the FMCSA's decision in an appropriate district court. 5 U.S.C. § 552a(g)(1)(A); *see* 49 C.F.R. § 10.51(b) (2024). We thus conclude that we lack jurisdiction over Creekmore's petition and dismiss it.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

---

[*] Although the FMCSA contends on appeal that Creekmore has not exhausted his administrative remedies because he failed to seek reconsideration of the FMCSA's decision, we do not reach that issue. We also decline to transfer Creekmore's petition for review to an appropriate district court. *See* 28 U.S.C. § 1631.